AMENDED **Form 1**

# Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 13-67727-WLH | Trustee Name: | (300510) Jeffrey K. Kerr |
|---|---|---|---|
| Case Name: | CONTINENTAL CASE COMPANY, LLC | Date Filed (f) or Converted (c): | 08/13/2013 (f) |
| | | § 341(a) Meeting Date: | 10/08/2013 |
| For Period Ending: | 03/31/2016 | Claims Bar Date: | 12/31/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TD Commercial Banking, Checking Acct. #8604 | 383,636.93 | 0.00 | | 0.00 | FA |
| 2 | TD Commercial Banking, 620 LLC Bank Account | 111,535.46 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable | 3,565,599.37 | 1,837,627.19 | | 1,864,428.52 | 0.00 |
| 4 | Intercompany Transfers Continental Case Company | Unknown | 0.00 | | 0.00 | FA |
| 5 | Intangible Assets - Customer Relationships | 365,567.00 | 0.00 | | 0.00 | FA |
| 6 | Office Furniture | 17,364.83 | 0.00 | | 0.00 | FA |
| 7 | Computer Equipment | 35,464.20 | 0.00 | | 0.00 | FA |
| 8 | Equipment | 90,281.64 | 0.00 | | 0.00 | FA |
| 9 | Location: 106 Northpoint Parkway, Acworth GA 301 | 784,056.73 | 0.00 | | 0.00 | FA |
| 10 | Tax refunds (u) | 0.00 | 193.58 | | 193.58 | FA |
| 11 | Insurance Refund (u) | 0.00 | 1,915.28 | | 1,915.28 | FA |
| 12 | Avoidance Actions (u) | 0.00 | 200,000.00 | | 177,072.70 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$5,353,506.16** | **$2,039,736.05** | | **$2,043,610.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

All estate assets and claims have been liquidated.  One pending claim objection is set for hearing in May. The Trustee and his professionals expect to file final fee applications shortly after the pending objection to claim is resolved.

**Current Projected Date Of Final Report (TFR):**     08/31/2016

**Initial Projected Date Of Final Report (TFR):**     09/30/2015

| 06/08/2016 | /s/Jeffrey K. Kerr |
|---|---|
| Date | Jeffrey K. Kerr |